IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY HUTCHINS,

    Plaintiff,

v.
                                  Civil No. 2:18-CV-10182

ANDREW SAUL,                        DISTRICT JUDGE CLELAND
COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.
_____/

## **J U D G M E N T**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              United States District Judge

Dated: May 20, 2021